FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 26 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> JESUS PEREZ GARCIA, <br><br> Defendant-Appellant. | No. 22-50314 <br><br> D.C. No. 3:22-cr-01581-GPC-2 <br> Southern District of California, San Diego <br><br> ORDER |
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> JOHN THOMAS FENCL, <br><br> Defendant-Appellant. | No. 22-50316 <br><br> D.C. No. 3:21-cr-03101-JLS-1 <br> Southern District of California, San Diego |

Before: WARDLAW, CLIFTON, and SANCHEZ, Circuit Judges.

Appeal Nos. 22-50314 and 22-50316 are consolidated for the purpose of disposition.

These are appeals of the district court's orders denying appellants' motions to modify conditions of release. We have jurisdiction pursuant to 18 U.S.C. § 3145(c) and 28 U.S.C. § 1291.

at/MOATT

We affirm the district court's orders. An opinion explaining this disposition will follow.

**AFFIRMED.**